| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | DAVID R. CALLAWAY (CABN 121782)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5596<br>FAX: (408) 535-5066<br>Email: David.Callaway@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 09-00341 RMW |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AGAINST A CORPORATE DEFENDANT THAT WAS NEVER PROPERLY SERVED AND IS CAUSING THIS CASE TO LANGUISH ON THE COURT'S DOCKET; ORDER [] |
| v. | |
| FU-TAIN LU,<br>FUSHINE TECHNOLOGY, INC., and<br>EVERJET SCIENCE AND TECHNOLOGY CORPORATION, | |
| | Before The Honorable Ronald M. Whyte |
| Defendants. | |

The government respectfully seeks leave from this Court to dismiss the captioned indictment against Everjet Science and Technology Corporation, a company that is—or at least was—headquartered in the People's Republic of China. The government had intended to litigate whether service on Everjet's founder, Fu-Tain Lu, was tantamount to service on the company itself, but the case resolved and the issue became moot. The undersigned having recently been informed that the pending charges are causing this case to languish on the Court's docket, the government respectfully moves to dismiss the indictment against Everjet only, and also humbly apologizes for taking so long to wrap up this loose end.

MOTION TO DISMISS (CR 09-00341 RMW)

| | | |
|---|---|---|
| 1 | DATED: | Respectfully submitted, |
| 2 | | MELINDA HAAG<br>United States Attorney |
| 3 | | |
| 4 | | / s /<br>DAVID R. CALLAWAY<br>Assistant United States Attorney |

## ORDER

Upon request by the government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the captioned indictment against defendant Everjet Science and Technology Corporation is DISMISSED.

Date: _____

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

MOTION TO DISMISS (CR 09-00341 RMW)